United States District Court
Southern District of Texas
**ENTERED**
December 18, 2024
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | CRIMINAL NO. 7:21-CR-603-1 & 3 |
| | § | |
| MARIA ESTELA SUPRISE and | § | |
| DAISY YANNETTE SUPRISE | § | |
| | § | |

### ORDER SETTING VIDEO STATUS CONFERENCE

IT IS HEREBY ORDERED that this matter is set for video status conference via Zoom on February 25, 2025, at 10:30 a.m. before the Honorable Randy Crane, United States District Court, in the 9th Floor Courtroom, Bentsen Tower, 1701 West Business Highway 83, in McAllen, Texas.

The Clerk shall send a copy of this Order to all counsel of record.

SO ORDERED December 18, 2024, at McAllen, Texas.

_____
Randy Crane
Chief United States District Judge