United States District Court
Southern District of Texas
**ENTERED**
September 24, 2025
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | CRIMINAL NO. 7:21-CR-603-1 |
| | § | |
| MARIA ESTELA SUPRISE | § | |

## ORDER RESETTING SENTENCING

IT IS HEREBY ORDERED that this matter (previously set for September 23, 2025) is hereby reset for sentencing on September 25, 2025, at 10:30 a.m. in the 9th Floor Courtroom, United States District Court, 1701 W. Business Highway 83, McAllen, Texas.

SO ORDERED September 23, 2025, at McAllen, Texas.

_____
Randy Crane
Chief United States District Judge